UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| | | |
|---|---|---|
| EMERSON ELECTRIC CO. | ) | CASE NO. 1:00CV 0156 |
| and | ) | Judge Matia |
| RIDGE TOOL COMPANY | ) | Magistrate Judge Vecchiarelli |
| Plaintiffs, | ) | |
| v. | ) | **JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |
| GENERAL WIRE SPRING CO. | ) | |
| Defendant. | ) | |

Ridge Tool Company ("Ridge"), Emerson Electric Co. ("Emerson"), and General Wire Spring Co. ("General Wire") (collectively, the "Parties") move the Court for an Order:

1. dismissing this lawsuit with prejudice;

2. incorporating the terms of the Settlement Agreement executed by the parties on October 13, 2000;

3. retaining jurisdiction over the Settlement Agreement; and

4. entering a permanent injunction.

A Proposed Order accompanies this Motion.

H 408894(8R$601!.DOC)

Respectfully Submitted,

*[signature]*

Albert B. Deaver, Jr., Esq.
Texas State Bar No. 05703800
Robert J. McAughan, Jr., Esq.
State Bar No. 00786096
Gregg A. Duffey
Texas State Bar No. 50511771
HOWREY SIMON ARNOLD & WHITE, LLP
750 Bering Drive
Houston, TX 77055
Telephone: 713.787.1400

M. Neal Rains, Esq.
Ohio I.D. No. 13081
Arter & Hadden LLP
1100 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115
Telephone: 216-696-3670

*Attorneys for Plaintiffs*

*[signature]*

Barry I. Friedman, Esq.
PA I.D. No. 50507
Metz Schermer and Lewis L.L.C.
11 Stanwix Street, 18th Floor
Pittsburgh, Pennsylvania 15222
Telephone: 412-918-1100

Timothy L. McGarry, Esq.
Ohio I.D. No. 55604
Nischwitz, Pembridge & Christzt Co., LPA
Cort Shoe Building, 4th Floor
1265 West 6th Street
Cleveland, Ohio 44113
Telephone: 216-861-8100

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| | | |
|---|---|---|
| EMERSON ELECTRIC CO. | ) | CASE NO. 1:00CV 0156 |
| and | ) | Judge Matia |
| RIDGE TOOL COMPANY | ) | Magistrate Judge Vecchiarelli |
| Plaintiffs, | ) | |
| v. | ) | **PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** |
| GENERAL WIRE SPRING CO. | ) | |
| Defendant. | ) | |

Now pending before the Court is the parties' Joint Motion For Dismissal With Prejudice And Permanent Injunction. Counsel for all parties have approved this form of the Order. Having reviewed joint motion, the court finds that this motion should be GRANTED.

IT IS THEREFORE ORDERED:

1. The defendant General Wire, its officers, agents, servants, employees and attorneys and all those in active concert or participation with them are hereby restrained and enjoined from:

    a. manufacturing, using, offering to sell, selling or importing, during the term of United States Patent No. 5,901,401 and any continuation, divisional, reexamination or reissue patent resulting therefrom, a manually operable cable feed device having the design shown on the following page – a design having a threaded bore 100 in an actuating roll support and a shaft 616 with a threaded end to provide means independent of the housing for adjusting the distance between the ends of the drive actuating means, as sold by General Wire prior to April 24, 2000;



b. manufacturing, using, offering to sell, selling or importing during the term of United States Patent No. 6,009,588 and any continuation, division, reexamination or reissue patent resulting therefrom a cable drain cleaner having one end of a guide hose attached to the drain cleaner frame outwardly adjacent the cable drum opening and a manually operable cable feed device attached to the other end, such as illustrated by the General Wire post-style Drain Rooter PH™ shown on the following page; and

2



c. manufacturing, using, offering to sell, selling or importing -- during the term of the '588 Patent or any continuation, divisional, reexamination or reissue patent resulting therefrom -- a cable drain cleaner having a torque arm attached to the cable inside the drum as claimed in the '588 Patent.

2. IT IS FURTHER ORDERED that after January 2, 2001 or until General Wire has shipped from its manufacturing facility 250 non-post-style Drain Rooter PH™ units shown below, whichever occurs first, General Wire, its officers, agents, servants, employees and attorneys and all those in active concert or participation with General Wire are hereby restrained and enjoined from manufacturing, using, offering to sell, selling or importing its non-post-style Drain Rooter PH™ shown below.



3. This Action is dismissed with prejudice pursuant to the terms and conditions of the Settlement Agreement between the Parties executed on October 13, 2000.

4. The Court retains jurisdiction over the Settlement Agreement, including the enforcement thereof.

4

H: 408894(8R$601! DOC)

IT IS SO ORDERED.

SIGNED this 25 of October, 2000 in Cleveland, Ohio.


s/ PAUL R. MATIA
UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that on October 24, 2000, a copy of the Joint Motion For Dismissal With Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

          s/ [Gregg A. Duffey]
          Gregg A. Duffey
          Howrey Simon Arnold & White, LLP
          750 Bering Drive
          Houston, Texas 77057
          Tel. 713.787.1400
          Fax. 713.787.1440